AO 10
Rev. 1/2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| France, Mary D. | Bankruptcy Court -- MDPa | 04/18/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge -- active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Federal Building
228 Walnut St.
Harrisburg, PA 17108

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 04/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Western Washington University (website royalty) |
| 2. | 2013 | Shippensburg University (teaching) |
| 3. | 2013 | Charles Thomas Publisher, Inc. (book royalties) |
| 4. | 2013 | Northwestern Human Services of Pennsylvania (training) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | March 11-12, 2013 | New York, New York | Duberstein Moot Court Competition -- judge | transportation, meals, hotel |
| 2. | Pennsylvania Bankruptcy Institute | September 18, 2013 | Mechanicsburg, PA | attorney conference -- presenter | meals |
| 3. | National Conference of Bankruptcy Judges | October 31-November 2, 2013 | Atlanta, GA | judges/attorney conference -- presenter | transportation, meals, hotel |
| 4. | Allegheny County Bar Association | November 29-30, 2012 | Pittsburgh, PA | presenter -- bankruptcy symposium | transportation, meals, hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 04/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 04/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Sovereign Bank accts | A | Interest | | | Closed | 03/05/13 | K | | |
| 2. | Susquehanna Bank accts (X) | B | Interest | K | T | Open | 02/04/13 | K | | |
| 3. | American Express money market acct | A | Interest | J | T | | | | | |
| 4. | Vanguard Cap. Opportunity Fund 403(b)(7) | A | Dividend | K | T | | | | | |
| 5. | Vanguard Capital Opportunity Mutual Fund | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | See Notes in Part VIII |
| 6. | Vanguard Wellington Mutual Fund | A | Dividend | J | T | | | | | |
| 7. | Vanguard PRIMECAP Core Fund 403(b)(7) | A | Dividend | K | T | | | | | |
| 8. | TIAA-CREF T-C Mid-Cap Val-Rtmt | A | Dividend | M | T | Buy (add'l) | 01/11/13 | J | | |
| 9. | | | | | | Buy (add'l) | 01/25/13 | J | | |
| 10. | | | | | | Buy (add'l) | 02/08/13 | J | | |
| 11. | | | | | | Buy (add'l) | 02/22/13 | J | | |
| 12. | | | | | | Buy (add'l) | 03/08/13 | J | | |
| 13. | | | | | | Buy (add'l) | 03/22/13 | J | | |
| 14. | | | | | | Buy (add'l) | 04/05/13 | J | | |
| 15. | | | | | | Buy (add'l) | 04/19/13 | J | | |
| 16. | | | | | | Buy (add'l) | 05/03/13 | J | | |
| 17. | | | | | | Buy (add'l) | 05/17/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 04/18/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 19. | | | | | Buy (add'l) | 06/14/13 | J | | |
| 20. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 21. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 22. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 23. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 24. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 25. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 26. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 27. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 28. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 29. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 30. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 31. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 32. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 33. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 34. 02Micro International LTD common | None | | | | Sold | 12/13/13 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 04/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard PRIMECAP Core Mutual Fund | A | Dividend | K | T | Buy (add'l) | 09/06/13 | K | | See Note in Part VIII |
| 36. | | | | | Buy (add'l) | 12/30/13 | K | | |
| 37. Vanguard Prime Money Market Fund | A | Dividend | J | T | Buy (add'l) | 08/26/13 | L | | See Note in Part VIII |
| 38. | | | | | Sold (part) | 09/11/13 | L | | |
| 39. | | | | | Buy (add'l) | 12/18/13 | K | | |
| 40. | | | | | Sold (part) | 12/30/13 | K | | |
| 41. | | | | | Sold (part) | 12/30/13 | J | | |
| 42. Vanguard Convertible Securities Fund | A | Dividend | J | T | | | | | |
| 43. Vanguard Convertible Securities 403(b) Fund | E | Dividend | N | T | | | | | |
| 44. Vanguard Selected Value Fund (X) | A | Dividend | L | T | Buy | 09/11/13 | K | | |
| 45. Prudential Whole Life Policy | A | Dividend | J | T | | | | | |
| 46. Trust #1 | D | Int./Div. | | | Distributed (part) | 09/15/13 | O | | See Note in Part VIII |
| 47. | | | | | Distributed | 12/30/13 | K | | |
| 48. -- Wells Fargo accts | | | | | Closed | 12/30/13 | J | | |
| 49. -- Dreyfus Florida Intermediate Municipal Bond Fund | | | | | Redeemed | 05/29/13 | L | | |
| 50. -- BBVA Compass Bank acct | | | | | Closed | 06/07/13 | K | | |
| 51. -- Florida Capital Bank acct | | | | | Closed | 05/22/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 04/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Regions Bank accts | | | | | Closed | 05/30/13 | M | | |
| 53. -- TD Bank acct | | | | | Closed | 06/12/13 | K | | |
| 54. -- 1st Atlantic Bank acct. | | | | | Closed | 05/13/13 | M | | |
| 55. -- 121 Financial Credit Union acct | | | | | Closed | 05/22/13 | K | | |
| 56. -- Vanguard Convertible Securities Fund | | | | | Sold | 05/30/13 | L | | |
| 57. -- Community First Credit Union accts | | | | | Closed | 05/22/13 | M | | |
| 58. -- Atlantic Coast Bank acct. | | | | | Closed | 05/07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 04/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 5, 35, and 36 related to Vanguard Captial Opportunity and Vanguard Primecap Core, although listed as "buy," are exchanges with Vanguard Prime Money Market Fund at Lines 38, 40 and 41.

Part VII, Line 46 -- the assets of Trust #1 were liquidated and distributed to the five beneficiaries of the trust. The Trust has been terminated under applicable state law.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary D. France**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544